IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CSD TOUHY, LLC**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12 C 5109 |
| **JEWEL FOOD STORES, INC.**; **LEOPARDO COMPANIES, INC.**; **BULLDOG EARTH MOVERS, INC.**; and **SCIORTINO GROUP, INC.**, | ) |
| Defendants. | ) |
| **SCIORTINO GROUP, INC.**, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| **RELIANCE LANE INVESTORS, LLC**, | ) |
| Third-Party Defendant. | ) |

## MEMORANDUM ORDER

Counsel for defendant-third-party-plaintiff Sciortino Group, Inc. ("Sciortino") have just delivered to this Court's chambers what they characterize as a "courtesy copy" of a certificate of counsel's having served answers to discovery requests from Jewel Food Stores, Inc. Regrettably that delivery is not a "courtesy" in the true sense, for it violates this District Court's sensible rule LR 26.3 that prohibits the filing of discovery materials unless the judge assigned to the case requests them (in the days before electronic filing those materials provided nothing but needless clutter in the court file, and although the advent of electronic filing eliminates physical clutter

there is no more reason for the judge assigned to the case to be receiving papers or notifications that have no substantive relevance at all).

Moreover, it is simply wasteful for the law firm's staff, clerical or otherwise, to have to process such materials or to bring them to the attention of this Court (which itself spends the time required to look at, and to consider to the extent called for by that initial look, every document filed in every case on its calendar). This Court's secretary has called this matter to the attention of Sciortino's staff, only to be met with the response that "We always do it this way, and we do it for every judge." That is really a non-answer, and it is regrettable that this Court has had to waste its time further in issuing this memorandum order to call for the cessation of the meaningless practice described here.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 5, 2015